## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAROLYN J. BRANTLEY,      )
     )
         Plaintiff,      )
     )
     v.      )
     )
UNITED STATES GOVERNMENT,      )
     )
         Defendant.      )

Case: 1:15-cv-02083
Assigned To : Unassigned
Assign. Date : 12/2/2015
Description: Pro Se Gen. Civil (F Deck)

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. For the reasons discussed below, the complaint will be dismissed.

According to the plaintiff, since having undergone a hysterectomy in 2003, she has heard "an audible, distinct, and clear voice speak as if in [her] ear or inside [her] head." Compl. at 1. She "believe[s] that some kind of advanced technology is at work inside [her] body" which "affects the natural and normal functions of [her] body and mind." *Id.* at 2. The plaintiff has "never and would never give anyone permission for such technology," and she now is experiencing "'projected' images" that are "invasive and unwanted." *Id.* She asks the Court for help in restoring her privacy. *See id.*

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *see Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint,

the Court concludes that what factual contentions are identifiable are baseless and wholly incredible. Furthermore, the allegations of the complaint "constitute the sort of patently insubstantial claims" that deprive the Court of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009). The complaint therefore will be dismissed with prejudice.

An Order accompanies this Memorandum Opinion.

DATE: November 13, 2015

United States District Judge